

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2022

No. 04-22-00145-CR

Bobby **BORDELON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-2215-CR-C
Honorable William D. Old III, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he served copies of the brief and motion on appellant, and informed appellant of his right to review the record and file his own brief, and has explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

On August 2, 2022, this court issued an order providing appellant with the opportunity to access the appellate record and file a pro se brief if he so desired. Our order stated that if, after reviewing the record, appellant desired to file a pro se brief, he must do so within forty-five days from the date this court receives written notice that the record was sent to appellant by the district clerk. On August 26, 2022, the district clerk notified this court, in writing, that a "full and complete duplicate paper copy" of the clerk's record and reporter's record had been mailed to appellant on August 26, 2022. Therefore, appellant's brief is due on October 10, 2022.

On August 29, 2022, appellant filed a pro se "Motion for Extension of Time to File Amicus Brief i.e., Direct Appeal," which we construe as a motion for an extension of time to file his pro se appellant's brief. Appellant requests a 180-day extension. The motion is DENIED. Appellant is ORDERED to file his brief **no later than October 10, 2022**.



Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court